**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANGELA W. DEBOSE,

      Plaintiff,

v.                                  Case No: 8:19-cv-1132-T-30AEP

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES, GREENBERG
TRAURIG, P.A.,

      Defendants.

_____

## <u>ORDER</u>

This cause is before the Court upon Plaintiff's Independent Action for Relief from Judgment to Remedy Fraud on the Court (Doc. 1) (the "Independent Action"). A review of the Independent Action reveals that it should be dismissed without prejudice to Plaintiff to file a motion for relief from judgment in the case *Angela DeBose v. University of South Florida Board of Trustees, et al.*, No. 8:15-cv-2787-EAK-AEP ("DeBose I").

Specifically, *Pro Se* Plaintiff Angela DeBose is seeking relief pursuant to Rule 60(b) of the Federal Rules of Civil Procedure related to Defendants' purported fraud on the court in DeBose I. Rule 60(b) provides in relevant part that "*[o]n motion and just terms*, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for . . . (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party." Fed.R.Civ.P. 60(b)(3) (emphasis added).

The crux of Plaintiff's Independent Action is that the court's Second Amended Judgment entered in DeBose I (*See* Doc. 549)—which set aside a jury verdict in DeBose's favor—was "tainted by the Defendants' fraud." (Doc. 1). The Independent Action delineates the alleged fraud, all of which occurred in DeBose I. In light of these fraud allegations, the Court concludes that the appropriate course is for Plaintiff to file a motion in DeBose I pursuant to Rule 60(b). Indeed, the clear language of Rule 60(b) permits the filing of such a motion when fraud is alleged.[1]

It is therefore **ORDERED and ADJUDGED** that:

1.    This action is dismissed without prejudice for the reasons explained herein.

2.    The Clerk of Court is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on May 16, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel/Parties of Record

---

[1]    The Court expresses no opinion on the merits of such a motion. Rather, the Court is simply explaining that the appropriate action is to file a motion, not an "independent action."